JS

(1)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08- 403 |
| v. | : | DATE FILED: July 10, 2008 |
| ROBERT FINN<br>RICHARD VALDEZ | : | VIOLATIONS:<br>18 U.S.C. § 371 (conspiracy to pass counterfeit currency - 1 count)<br>18 U.S.C. § 472 (passing of counterfeit currency - 2 counts)<br>Notice of forfeiture |

FILED
JUL 10 2008
MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

1. Defendant ROBERT FINN had access to a supplier of counterfeit fifty-dollar United States federal reserve notes.

2. Defendant RICHARD VALDEZ had access to a supplier of counterfeit fifty-dollar United States federal reserve notes.

3. From on or about February 18, 2008, to on or about March 4, 2008, in the Eastern District of Pennsylvania and elsewhere, defendants

**ROBERT FINN**
**and**
**RICHARD VALDEZ**

conspired and agreed, together and with others unknown to the grand jury, to commit an offense against the United States, that is, to pass with intent to defraud falsely made, forged and

counterfeited obligations of the United States, that is, counterfeit fifty-dollar United States federal reserve notes, in violation of Title 18, United States Code, Section 472.

**MANNER AND MEANS**

4. It was part of the conspiracy that defendants ROBERT FINN and RICHARD VALDEZ obtained counterfeit fifty-dollar United States federal reserve notes.

It was further a part of the conspiracy that:

5. Defendants ROBERT FINN and RICHARD VALDEZ used this counterfeit currency to purchase electronics at electronics stores in the Philadelphia area, and then returned the electronics elsewhere for genuine bank checks and/or genuine currency.

6. Defendants ROBERT FINN and RICHARD VALDEZ shared the genuine currency, or funds derived from bank checks, with their supplier.

**OVERT ACTS**

In furtherance of the conspiracy, defendants ROBERT FINN and RICHARD VALDEZ, and others unknown to the grand jury, committed the following overt acts in the Eastern District of Pennsylvania and elsewhere:

1. On or about February 18, 2008, defendants ROBERT FINN and RICHARD VALDEZ obtained counterfeit fifty-dollar bills from another individual.

2. On or about February 18, 2008, defendants ROBERT FINN and RICHARD VALDEZ entered an electronics store in King of Prussia, Pennsylvania. Defendant FINN selected electronic items which he purchased by providing the cashier with counterfeit fifty-dollar bills. Defendants FINN and VALDEZ left the store with the electronic items upon completion of the transaction.

3. On or about February 18, 2008, defendant RICHARD VALDEZ entered an electronics store in Willow Grove, Pennsylvania. Defendant VALDEZ selected electronic items which he purchased by providing the cashier with counterfeit fifty-dollar bills. Defendant VALDEZ left the store with the electronic items upon completion of the transaction.

4. On or about February 20, 2008, defendants ROBERT FINN and RICHARD VALDEZ, entered an electronics store in New York, New York. Defendant FINN returned the electronic items which he had purchased from the King of Prussia store with counterfeit fifty-dollar bills. Defendant VALDEZ returned the electronic items which he had purchased from the Willow Grove store with counterfeit fifty-dollar bills. Defendants FINN and VALDEZ each provided an address to receive a refund check for the electronics.

5. On or about March 3, 2008, defendants ROBERT FINN and RICHARD VALDEZ each received a refund check from the electronics store. Each negotiated his refund for genuine currency.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 18, 2008, in King of Prussia, in the Eastern District of Pennsylvania, defendant

**ROBERT FINN**,

with intent to defraud, passed and attempted to pass, and possessed and concealed falsely made, forged, and counterfeited obligations of the United States, that is, counterfeit fifty-dollar United States federal reserve notes.

In violation of Title 18, United States Code, Section 472.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 18, 2008, in Willow Grove, in the Eastern District of Pennsylvania, defendant

**RICHARD VALDEZ,**

with intent to defraud, passed and attempted to pass, and possessed and concealed falsely made, forged, and counterfeited obligations of the United States, that is, counterfeit fifty-dollar United States federal reserve notes.

In violation of Title 18, United States Code, Section 472.

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Sections 371 and 472 set forth in this indictment, defendants

**ROBERT FINN**
**and**
**RICHARD VALDEZ**

shall forfeit to the United States of America any and all property involved in such offenses, and any property traceable to such property.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other

property of the defendants up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 982.

**A TRUE BILL:**

**GRAND JURY FOREPERSON**

for

**PATRICK L. MEEHAN**
**United States Attorney**