JS

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*Direct Dial: (215)861-8302*
*Facsimile: (215)861-8594*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

July 16, 2008

**FILED**
JUL 16
MICHAEL E. KUNZ, Clerk
By__________Dep. Clerk

Jim Hamilton
U.S. District Court Clerk's Office
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re: United States v.Richard Valdez, ETAL
Criminal No. [redacted] 08-CR-403

Dear Mr. Hamilton:

Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on July 10, 2008.

Very truly yours,

LAURIE MAGID
Acting United States Attorney

JOAN E. BURNES
Assistant United States Attorney